**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

S.P.,                                              :  No. 803 MAL 2016
                                                   :
        Petitioner                   :
                                                   :  Petition for Allowance of Appeal from
                                                   :  the Order of the Superior Court
      v.                               :
                                                   :
                                                   :
B.S.,                                              :
                                                   :
        Respondent                   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.